## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
    Joseph T. Saman                      :        Chapter 13
    Georgina M. Macool-Saman,      :        Bankruptcy No.  19-15907 amc
                 Debtor(s)             :

### **ORDER**

Upon Debtors' Motion to Provide Further Time to File Schedules, and after notice and opportunity to be heard, it is hereby

ORDERED that the Debtors shall have until October 19, 2019 to file all remaining papers necessary to complete their bankruptcy schedules.

BY THE COURT:

**Date: October 10, 2019**

_____

Ashely M. Chan                                                    B.J.