United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 19-15907-amc
Joseph T. Samaan                                                                Chapter 13
Georgina M. Macool-Samaan
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Belinda          Page 1 of 1          Date Rcvd: Oct 10, 2019
                             Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2019.
db          +Joseph T. Samaan,    5453 Monacacy Drive,    Bethlehem, PA 18017-9115
jdb         +Georgina M. Macool-Samaan,    137 Furnace Street,    Allentown, PA 18102-1931

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 12, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2019 at the address(es) listed below:
          DAVID S. GELLERT    on behalf of Joint Debtor Georgina M. Macool-Samaan dsgatn@rcn.com,
          r4664l@notify.bestcase.com
          DAVID S. GELLERT    on behalf of Debtor Joseph T. Samaan dsgatn@rcn.com,
          r4664l@notify.bestcase.com
          KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                      TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                    :
        Joseph T. Saman                    :        Chapter 13
        Georgina M. Macool-Saman,          :        Bankruptcy No.  19-15907 amc
                        Debtor(s)          :

### <u>ORDER</u>

Upon Debtors'  Motion to Provide Further Time to File Schedules, and after notice and

opportunity to be heard,  it is hereby

ORDERED that the Debtors shall have until October 19, 2019 to file all remaining papers

necessary to complete their bankruptcy schedules.

BY THE COURT:

**Date: October 10, 2019**

_____

Ashely M.  Chan                        B.J.