# Earnings Statement

**JOSEPH SAMAAN**

| | |
|---|---|
| Pay Date: 08/30/2019 | Company: 0VD96 - QUVA PHARMA INC |
| Period Start: 08/11/2019 | 3 SUGAR CREEK CENTER BLVD SUITE 250 |
| Period End: 08/24/2019 | SUGAR LAND TX 77478  (832) 500-7101 |

Emp #: 1177
Dept: PRODUC - Site Operations
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 20.75 | 80.00 | 1660.00 | 27834.76 |
| Overtime | 31.13 | 11.51 | 358.25 | 2893.64 |
| Bereavement | 20.75 | 0.00 | 0.00 | 498.00 |
| Floating Holiday | 0.00 | 0.00 | 0.00 | 323.75 |
| Sick | 0.00 | 0.00 | 0.00 | 1073.00 |
| Vacation | 0.00 | 0.00 | 0.00 | 166.00 |
| Holiday | 0.00 | 0.00 | 0.00 | 652.00 |
| **Gross** | | 91.51 | 2018.25 | 33441.15 |
| **W/H Taxes** | | | | |
| Federal W/H(M/1) | | | 123.93 | 1932.99 |
| Medicare | | | 28.34 | 468.15 |
| Social Security | | | 121.15 | 2001.76 |
| New Jersey State W/H(M/1) | | | 0.00 | 0.00 |
| Penn- State W/H(M/1) | | | 59.99 | 991.19 |
| 480203-BETHLEHEM TWP/BETHLEHEM AREA | | | 19.54 | 322.88 |
| New Jersey WF/Family Leave Ins | | | 10.19 | 168.89 |
| **Deductions** | | | | |
| SUPPORT ORDER $ 1 | | | 19.85 | 1781.55 |
| 401k% | | | 181.64 | 2862.86 |
| Dental Premier | | | 8.62 | 155.16 |
| HSA Med Plan | | | 51.71 | 930.78 |
| Vision | | | 3.82 | 68.76 |
| Voluntary Life | | | 1.87 | 33.66 |
| **Net Pay** | | | 1387.60 | 21722.52 Voucher No. 204114452DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 1387.60 | 21722.52 A/C:6535 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Floating Holiday Hours | 0.00 | 16.00 | 16.00 | 0.00 |
| Sick Personal Time Hours | 0.00 | 56.00 | 52.00 | 4.00 |
| Vacation Hours | 3.08 | 62.88 | 8.00 | 54.88 |

JOSEPH SAMAAN

Earnings Statement

| | | |
|---|---|---|
| Pay Date: | 08/30/2019 | |
| Period Start: | 08/11/2019 | |
| Period End: | 08/24/2019 | |

Company: OV098 - QUVA PHARMA INC
3 SUGAR CREEK CENTER BLVD SUITE 280
SUGAR LAND, TX 77478 (832) 500-7101

Dept: PRODUC - Site Operations
Pay Basis: Hourly
Shift: 1, 1777

### Earnings

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | 20.75 | 50.00 | 1080.00 | 27554.76 |
| Overtime | 31.13 | 11.51 | 358.26 | 4390.64 |
| Bereavement | 20.75 | 0.00 | 0.00 | 498.00 |
| Floating Holiday | 0.00 | 0.00 | 0.00 | 333.75 |
| Jury | 0.00 | 0.00 | 0.00 | 1075.00 |
| Vacation | 0.00 | 0.00 | 0.00 | 168.20 |
| Holiday | 0.00 | 0.00 | 0.00 | 652.00 |

| Gross | 91.51 | 2018.26 | 35641.15 |
|---|---|---|---|

### Wh Taxes

| | | |
|---|---|---|
| Federal WH(M1) | 123.60 | 1932.96 |
| Medicare | 29.24 | 488.15 |
| Social Security | 121.15 | 2091.76 |
| New Jersey State WH(M0) | 0.10 | 0.00 |
| Penn-State WH(M1) | 50.59 | 901.19 |
| 480203-BETHLEHEM TWP/BETHLEHEM AREA | 16.24 | 326.63 |
| New Jersey WF/Family Leave Ins | 10.16 | 183.29 |

### Deductions

| | | |
|---|---|---|
| SUPPORT ORDER # 1 | 18.65 | 1781.55 |
| 401K* | 181.62 | 2852.36 |
| Dental Premier | 8.82 | 155.16 |
| HSA Med Plan | 81.71 | 990.79 |
| Vision | 3.29 | 62.76 |
| Voluntary Life | 1.87 | 32.65 |

| Net Pay | 1387.80 | 27722.82 |
|---|---|---|

### Net Pay Distribution

| | | |
|---|---|---|
| Direct Deposit Net Check | 1387.80 | 27722.82 |

### Employee Benefits, Allowances, and Other

| | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Floating Holiday Hours | 0.00 | 16.00 | 16.00 | 0.00 |
| Sick Personal Time Hours | 0.00 | 56.00 | 52.00 | 4.00 |
| Vacation Hours | 0.00 | 62.26 | 8.00 | 54.00 |

# Earnings Statement

**JOSEPH SAMAAN**

| | |
|---|---|
| Pay Date: 08/16/2019 | Company: 0VD96 - QUVA PHARMA INC |
| Period Start: 07/28/2019 | 3 SUGAR CREEK CENTER BLVD SUITE 250 |
| Period End: 08/10/2019 | SUGAR LAND TX 77478   (832) 500-7101 |

Emp #: 1177
Dept: PRODUC - Site Operations
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 20.75 | 74.60 | 1547.95 | 26174.76 |
| Overtime | 31.13 | 2.80 | 87.15 | 2535.39 |
| Bereavement | 20.75 | 0.00 | 0.00 | 498.00 |
| Floating Holiday | 20.75 | 5.00 | 103.75 | 323.75 |
| Sick | 20.75 | 3.00 | 62.25 | 1073.00 |
| Vacation | 0.00 | 0.00 | 0.00 | 166.00 |
| Holiday | 0.00 | 0.00 | 0.00 | 652.00 |
| **Gross** | | 85.40 | 1801.10 | 31422.90 |
| **W/H Taxes** | | | | |
| Federal W/H(M/1) | | | 100.21 | 1809.06 |
| Medicare | | | 25.19 | 439.81 |
| Social Security | | | 107.69 | 1880.61 |
| New Jersey State W/H(M/1) | | | 0.00 | 0.00 |
| Penn- State W/H(M/1) | | | 53.32 | 931.20 |
| 480203-BETHLEHEM TWP/BETHLEHEM AREA | | | 17.37 | 303.34 |
| New Jersey WF/Family Leave Ins | | | 9.10 | 158.70 |
| **Deductions** | | | | |
| SUPPORT ORDER $ 1 | | | 19.85 | 1761.70 |
| 401k% | | | 162.10 | 2681.22 |
| Dental Premier | | | 8.62 | 146.54 |
| HSA Med Plan | | | 51.71 | 879.07 |
| Vision | | | 3.82 | 64.94 |
| Voluntary Life | | | 1.87 | 31.79 |
| **Net Pay** | | | 1240.25 | 20334.92 Voucher No. 201976439DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 1240.25 | 20334.92 A/C:6535 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Floating Holiday Hours | 0.00 | 16.00 | 16.00 | 0.00 |
| Sick Personal Time Hours | 0.00 | 56.00 | 52.00 | 4.00 |
| Vacation Hours | 3.08 | 59.80 | 8.00 | 51.80 |

**JOSEPH P. CANAAN**  
Earnings Statement

Emp # 1177  
Dept: PRODUC - Site Operations  
Pay Basis: Hourly  

Company: OVD05 - OUVA PHARMA INC  
3 SUGAR CREEK CENTER BLVD SUITE 250  
SUGAR LAND, TX 77478   (832) 490-7101  

Pay Date: 08/16/2019  
Period Start: 07/28/2019  
Period End: 08/10/2019  

### Earnings

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | 20.75 | 74.60 | 1547.95 | 26174.76 |
| Overtime | 31.13 | 2.80 | 87.15 | 2536.90 |
| Bereavement | 20.75 | 0.00 | 0.00 | 498.00 |
| Floating Holiday | 20.75 | 5.00 | 103.75 | 623.75 |
| Sick | 20.75 | 3.00 | 62.25 | 1079.00 |
| Vacation | 0.00 | 0.00 | 0.00 | 498.00 |
| Holiday | 0.00 | 0.00 | 0.00 | 622.50 |
| **Gross** | | 85.40 | 1801.10 | 31422.90 |

### W/H Taxes

| | Current Period | Year To Date |
|---|---|---|
| Federal W/H(M/1) | 102.00 | 1810.05 |
| Medicare | 25.10 | 438.81 |
| Social Security | 107.25 | 1830.91 |
| New Jersey State W/H(M/1) | 0.00 | 0.00 |
| Penn State W/H(M/) | 53.52 | 931.20 |
| 280503-BETHLEHEM TWP/BETHLEHEM AREA | 17.57 | 263.31 |
| New Jersey WF/Family Leave Ins | 9.10 | 135.70 |

### Deductions

| | Current Period | Year To Date |
|---|---|---|
| SUPPORT ORDER S-1 | 14.85 | 161.70 |
| 401(k) | 152.10 | 2281.22 |
| Dental Premier | 9.82 | 145.94 |
| HSA Med Plan | 51.77 | 876.07 |
| Vision | 3.07 | 54.95 |
| Voluntary Life | 1.87 | 31.76 |

### Net Pay
Net Pay: 1240.26   YTD: 20036.62 (available distribution)

### Net Pay Distribution
Direct Deposit Net Check: 1240.26   YTD: 20034.92 (check)

### Employee Benefits, Allowances, and Other

| | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Floating Holiday Hours | 0.00 | 10.00 | 16.00 | 0.00 |
| Sick Personal Time Hours | 0.00 | 50.00 | 52.00 | 4.00 |
| Vacation Hours | 8.05 | 50.00 | 9.00 | 91.50 |

# Earnings Statement

**JOSEPH SAMAAN**

| | |
|---|---|
| Pay Date: 08/02/2019 | Company: 0VD96 - QUVA PHARMA INC |
| Period Start: 07/14/2019 | 3 SUGAR CREEK CENTER BLVD SUITE 250 |
| Period End: 07/27/2019 | SUGAR LAND TX 77478   (832) 500-7101 |

Emp #: 1177
Dept: PRODUC - Site Operations
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 20.75 | 71.10 | 1475.33 | 24626.81 |
| Overtime | 31.13 | 7.11 | 221.30 | 2448.24 |
| Bereavement | 20.75 | 0.00 | 0.00 | 498.00 |
| Floating Holiday | 0.00 | 0.00 | 0.00 | 220.00 |
| Sick | 20.75 | 11.00 | 228.25 | 1010.75 |
| Vacation | 0.00 | 0.00 | 0.00 | 166.00 |
| Holiday | 0.00 | 0.00 | 0.00 | 652.00 |
| **Gross** | | 89.21 | 1924.88 | 29621.80 |
| **W/H Taxes** | | | | |
| Federal W/H(M/1) | | | 113.73 | 1708.85 |
| Medicare | | | 26.98 | 414.62 |
| Social Security | | | 115.37 | 1772.92 |
| New Jersey State W/H(M/1) | | | 0.00 | 0.00 |
| Penn- State W/H(M/1) | | | 57.12 | 877.88 |
| 480203-BETHLEHEM TWP/BETHLEHEM AREA | | | 18.61 | 285.97 |
| New Jersey WF/Family Leave Ins | | | 9.72 | 149.60 |
| **Deductions** | | | | |
| SUPPORT ORDER $ 1 | | | 19.85 | 1741.85 |
| 401k% | | | 173.24 | 2519.12 |
| Dental Premier | | | 8.62 | 137.92 |
| HSA Med Plan | | | 51.71 | 827.36 |
| Vision | | | 3.82 | 61.12 |
| Voluntary Life | | | 1.87 | 29.92 |
| **Net Pay** | | | 1324.24 | 19094.67 Voucher No. 199670296DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 1324.24 | 19094.67 A/C:6535 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Floating Holiday Hours | 0.00 | 16.00 | 11.00 | 5.00 |
| Sick Personal Time Hours | 0.00 | 56.00 | 49.00 | 7.00 |
| Vacation Hours | 3.08 | 56.72 | 8.00 | 48.72 |

JOSEPH H GAMAAN                                                                                       Earnings Statement

| | | | | | |
|---|---|---|---|---|---|
| Pay Date: | | | | | 08/02/2019 |
| Period Start: | | | | | 07/14/2019 |
| Period End: | | | | | 07/27/2019 |

Company: OV038 - OUVA PHARMA INC
3 SUGAR CREEK CENTER BLVD SUITE 250
SUGAR LAND, TX 77478   (832) 500-7101

Emp #: 1772
Dept: PRODUC - Site Operations
Pay Basis: Hourly

### Earnings

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | 20.75 | 71.10 | 1475.29 | 9528.81 |
| Overtime | 31.04 | 7.11 | 221.50 | 2446.24 |
| Bereavement | 20.75 | 0.00 | 0.00 | 425.00 |
| Floating Holiday | 0.00 | 0.00 | 0.00 | 320.00 |
| Sick | 20.75 | 11.00 | 228.25 | 1010.75 |
| Vacation | 0.00 | 0.00 | 0.00 | 160.00 |
| Holiday | 0.00 | 0.00 | 0.00 | 662.00 |
| **Gross** | | 89.21 | 1924.38 | 2952.80 |

### W/H Taxes

| | Current Period | Year To Date |
|---|---|---|
| Federal WH(MJ) | 115.72 | 1705.56 |
| Medicare | 26.98 | 414.62 |
| Social Security | 115.37 | 1772.92 |
| New Jersey State W/H (MJ) | 0.00 | 0.00 |
| Penn State WH (MJ) | 57.16 | 677.65 |
| 480202-BETHLEHEM TWP/BETHLEHEM AREA | 19.61 | 255.97 |
| New Jersey WH/Family Leave Ins | 0.72 | 143.80 |

### Deductions

| | Current Period | Year To Date |
|---|---|---|
| SUPPORT ORDER S 1 | 19.45 | 1741.58 |
| 401K | 173.24 | 2519.12 |
| Dental Premier | 9.62 | 137.92 |
| HSA Med Plan | 51.71 | 672.35 |
| Vision | 5.22 | 51.12 |
| Voluntary Life | 1.87 | 29.22 |

| | Current Period | Year To Date |
|---|---|---|
| **Net Pay** | 1324.34 | 18094.67 |

### Net Pay Distribution
Direct Deposit Net Check    1324.34    18094.67

### Employee Benefits, Allowances, and Other

| | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Floating Holiday Hours | 0.00 | 16.00 | 11.00 | 5.00 |
| Sick Personal Time Hours | 0.00 | 56.00 | 49.00 | 7.00 |
| Vacation Hours | 8.08 | 56.72 | 8.00 | 48.72 |

# Earnings Statement

**JOSEPH SAMAAN**

| | |
|---|---|
| Pay Date: 07/19/2019 | Company: 0VD96 - QUVA PHARMA INC |
| Period Start: 06/30/2019 | 3 SUGAR CREEK CENTER BLVD SUITE 250 |
| Period End: 07/13/2019 | SUGAR LAND TX 77478  (832) 500-7101 |

Emp #: 1177
Dept: PRODUC - Site Operations
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 20.75 | 74.19 | 1539.44 | 23151.48 |
| Overtime | 31.13 | 2.78 | 86.53 | 2226.94 |
| Bereavement | 20.75 | 0.00 | 0.00 | 498.00 |
| Floating Holiday | 0.00 | 0.00 | 0.00 | 220.00 |
| Sick | 0.00 | 0.00 | 0.00 | 782.50 |
| Vacation | 0.00 | 0.00 | 0.00 | 166.00 |
| Holiday | 20.75 | 8.00 | 166.00 | 652.00 |
| **Gross** | | 84.97 | 1791.97 | 27696.92 |
| **W/H Taxes** | | | | |
| Federal W/H(M/1) | | | 99.22 | 1595.12 |
| Medicare | | | 25.05 | 387.64 |
| Social Security | | | 107.12 | 1657.55 |
| New Jersey State W/H(M/1) | | | 0.00 | 0.00 |
| Penn- State W/H(M/1) | | | 53.04 | 820.76 |
| 480203-BETHLEHEM TWP/BETHLEHEM AREA | | | 17.28 | 267.36 |
| New Jersey WF/Family Leave Ins | | | 9.05 | 139.88 |
| **Deductions** | | | | |
| SUPPORT ORDER $ 1 | | | 19.85 | 1722.00 |
| 401k% | | | 161.28 | 2345.88 |
| Dental Premier | | | 8.62 | 129.30 |
| HSA Med Plan | | | 51.71 | 775.65 |
| Vision | | | 3.82 | 57.30 |
| Voluntary Life | | | 1.87 | 28.05 |
| **Net Pay** | | | 1234.06 | 17770.43 Voucher No. 197415554DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 1234.06 | 17770.43 A/C:6535 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Floating Holiday Hours | 0.00 | 16.00 | 11.00 | 5.00 |
| Sick Personal Time Hours | 0.00 | 56.00 | 38.00 | 18.00 |
| Vacation Hours | 3.08 | 53.64 | 8.00 | 45.64 |

JOSEPH N SAMAAN

Earnings Statement

| | | |
|---|---|---|
| Pay Date: | 07/19/2019 | |
| Period Start: | 06/30/2019 | |
| Period End: | 07/13/2019 | |

Company: OVD00 - OUVA PHARMA INC
3 SUGAR CREEK CENTER BLVD SUITE 250
SUGAR LAND, TX 77478   (832) 500-7101

Emp #: 1177
Dept: PRODUC - Site Operations
Pay Basis: Hourly

### Earnings

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | 20.75 | 74.19 | 1894.44 | 23151.46 |
| Overtime | 31.13 | 2.78 | 86.50 | 2226.84 |
| Bereavement | 20.75 | 0.00 | 0.00 | 456.00 |
| Floating Holiday | 0.00 | 0.00 | 0.00 | 220.00 |
| Sick | 0.00 | 0.00 | 0.00 | 792.50 |
| Vacation | 0.00 | 0.00 | 0.00 | 788.50 |
| Holiday | 20.75 | 8.00 | 166.00 | 892.00 |

| Gross | | 84.97 | 1791.97 | 27866.32 |

### WH Taxes

| | | | |
|---|---|---|---|
| Federal WH(Fed1) | | 98.22 | 1993.12 |
| Medicare | | 25.95 | 387.64 |
| Social Security | | 107.12 | 1657.55 |
| New Jersey State WH(NJ1) | | 0.00 | 0.00 |
| Penn State WH(PA1) | | 22.04 | 320.76 |
| 480203-BETHLEHEM TWP/BETHLEHEM AREA | | 17.25 | 267.35 |
| New Jersey WH/Family Leave Ins | | 9.02 | 135.88 |

### Deductions

| | | | |
|---|---|---|---|
| SUPPORT ORDER S 1 | | 19.85 | 722.00 |
| 401(k) | | 181.28 | 2246.32 |
| Dental Premier | | 8.82 | 120.30 |
| HSA Med Plan | | 51.11 | 715.55 |
| Vision | | 3.62 | 57.30 |
| Voluntary Life | | 1.37 | 26.05 |

| Net Pay | | 1234.06 | 17770.43 |

### Net Pay Distribution

| | | |
|---|---|---|
| Direct Deposit Net Check | 1234.06 | 17770.43 |

### Employee Benefits, Allowances, and Other

| | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Floating Holiday Hours | 0.00 | 16.00 | 11.00 | 5.00 |
| Sick Personal Time Hours | 0.00 | 56.50 | 38.00 | 18.50 |
| Vacation Hours | 0.08 | 50.64 | 5.00 | 45.64 |