UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    JOSEPH T. SAMAAN<br>    GEORGINA M. MACOOL-SAMAAN<br><br>    Debtors | Chapter 13<br>Bankruptcy No.19-15907-PMM |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 23rd day of March, 2020, by first class mail upon those listed below:

JOSEPH T. SAMAAN
GEORGINA M. MACOOL-SAMAAN
5453 MONACACY DRIVE
BETHLEHEM, PA  18017

**Electronically via CM/ECF System Only:**

DAVID S GELLERT, ESQ
1244 W HAMILTON STREET
STE 204
ALLENTOWN, PA  18102

 

*/s/ Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee