UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
    JOSEPH T. SAMAAN                       :        Bankruptcy No.  19-15907 pmm
    GEORGINA M. MACOOL-SAMAAN     :        Chapter 13
                                                        :
    **Debtors**                                  :

## ORDER

AND NOW, after notice and hearing, it is

**ORDERED** that the case is DISMISSED.  It is further

**ORDERED** that any wage order entered in this case is hereby TERMINATED, and the employer shall cease wage withholding immediately.  It is further

**ORDERED** that this Court shall retain jurisdiction with respect to the Application for Compensation and Reimbursement of Expenses filed by Debtor's counsel on July 29, 2020.

                    BY THE COURT:

                    _____
                    Patricia M. Mayer
                    United States Bankruptcy Judge