```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                          Case No. 19-15907-pmm
Joseph T. Samaan                                                Chapter 13
Georgina M. Macool-Samaan
         Debtors                CERTIFICATE OF NOTICE
District/off: 0313-4           User: SaraR                  Page 1 of 2               Date Rcvd: Aug 13, 2020
                               Form ID: pdf900              Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2020.
db            +Joseph T. Samaan,    5453 Monacacy Drive,    Bethlehem, PA 18017-9115
jdb           +Georgina M. Macool-Samaan,    137 Furnace Street,    Allentown, PA 18102-1931
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14392351      +Allentown Anesthesia,    1245 S. Cedar Crest Boulevard,    Allentown, PA 18103-6258
14392352      +Berkheimer,    P.O. Box 995,    50 North Seventh Street,    Bangor, PA 18013-1798
14392353      +Boscov's,    P.O. ox 15521,    Wilmington, DE 19850-5521
14404774      +CHRYSLER CAPITAL,    P.O. BOX 961275,    FORT WORTH, TX 76161-0275
14392356      +Chrysler Capital,    P.O. Box 961272,    Fort Worth, TX 76161-0272
14392357      +Credence,    P.O. Box 1253,    Southgate, MI 48195-0253
14523556      +David S. Gellert, Esquire,    1244 Hamilton Street,    Suite 204,    Allentown, PA 18102-4699
14392360      +HSBC Bank,    P.O. Box 5253,    Carol Stream, IL 60197-5253
14392359      +Haven House,    1411 Union Boulevard,    Allentown, PA 18109-2423
14392361      +Lehigh Valley Anesthesia Services,    1245 S. Cedar Crest Boulevard,    Allentown, PA 18103-6258
14392362      +Lehigh Valley Helath Network,    P.O. Box 4120,    Allentown, PA 18105-4120
14392363      +Lehigh Valley Hospital Muhlenberg,    P.O. Box 8500,    Philadelphia, PA 19178-8500
14392364      +Leigh Valley Center for Sight,    1739 Fairmont Street,    Allentown, PA 18104-3117
14392365      +Medical Imaging of LV,    P.O. Box 3226,    Allentown, PA 18106-0226
14392367      +Northampton  Area School District,    Tax Office,    2014 L aubach Avenue, P.O. Box 9,
                Northampton, PA 18067-0009
14436984      +Northampton Area School District,    c/o James R. Wood, Esquire,    2700 Horizon Drive, Suite 100,
                King of Prussia, PA 19406-2726
14436985      +Northampton Area School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
14392368      +Northampton County Tax  Claim Bureau,    669 Washington Street,    Easton, PA 18042-7401
14396606      +PNC BANK NATIONAL  ASSOCIATION,    C/O KML Law Group,    701 Market Street Suite 5000,
                Philadelphia, PA. 19106-1541
14430917      +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
14392370      +PNC Mortgage,    P. O. Box 533510,    Atlanta, GA 30353-3510
14392371      +Portfolio Recovery  Associates,    P.O. Box 1022,    Wixom, MI 48393-1022
14392372      +Portnoff Law Asociates,    2700 Horizon Drive, Suite 100,    King of Prussia, PA 19406-2726
14392374      +Surgery Center of Allentown,    250 Cetroina Road,    Allentown, PA 18104-9168

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 14 2020 05:14:24
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 14 2020 05:14:45     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14392355        E-mail/Text: CBCSMail@CBCSNational.com Aug 14 2020 05:14:38     CBCS,    P.O. Box 69,
                 Columbus, OH 43216
14392354       +E-mail/Text: bnc-capio@quantum3group.com Aug 14 2020 05:14:36     Capio Partners LLC,
                 P.O. Box 3209,    Sherman, TX 75091-3209
14392358        E-mail/Text: mrdiscen@discover.com Aug 14 2020 05:14:05     Discover  Card,    P.O. Box 30943,
                 Salt Lake City, UT 84130
14418165       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 14 2020 05:19:44      Directv, LLC,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14430329        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 14 2020 05:18:31      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14392366       +E-mail/Text: Bankruptcies@nragroup.com Aug 14 2020 05:15:07     National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
14431193        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 14 2020 05:18:33
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14392369       +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2020 05:17:10     PayPal Credit,    P.O. Box 5138,
                 Lutherville Timonium, MD 21094-5138
14403358        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 14 2020 05:18:29
                 Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14414412        E-mail/Text: bnc-quantum@quantum3group.com Aug 14 2020 05:14:18
                 Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
14392373       +E-mail/Text: nailda@centralcreditaudit.com Aug 14 2020 05:15:07     Statewide Tax Recovery,
                 P.O. Box 752,    Sunbury, PA 17801-0752
                                                                                              TOTAL: 13
```

```
District/off: 0313-4          User: SaraR              Page 2 of 2                Date Rcvd: Aug 13, 2020
                              Form ID: pdf900          Total Noticed: 44

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Northampton Area School District,   c/o Portnoff Law Associates, Ltd.,   PO Box 3020,
               Norristown, PA 19404-3020
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2020 at the address(es) listed below:
              DAVID S. GELLERT    on behalf of Joint Debtor Georgina M. Macool-Samaan dsgatn@rcn.com,
               r46641@notify.bestcase.com
              DAVID S. GELLERT    on behalf of Debtor Joseph T. Samaan dsgatn@rcn.com,
               r46641@notify.bestcase.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Northampton Area School District
               jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: JOSEPH T. SAMAAN & : Chapter 13
GEORGINA M. MACOOL- SAMAAN :
Debtor : Bky. No. 19-15907

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date: August 13, 2020**

_Patricia M. Mayer_
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE