Office Mailing Address:

Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:

Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-15907-PMM**

JOSEPH T. SAMAAN
GEORGINA M. MACOOL-SAMAAN
5453 MONACACY DRIVE
BETHLEHEM  PA    18017

Petition Filed Date: 09/20/2019
341 Hearing Date: 12/03/2019
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/12/2020 | $1,800.00 | | 04/20/2020 | $900.00 | | 06/11/2020 | $900.00 | |

**Total Receipts for the Period:  $3,600.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $3,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,600.00 | Current Monthly Payment: | $450.00 |
| Paid to Claims: | $0.00 | Arrearages: | $900.00 |
| Paid to Trustee: | $336.60 | Total Plan Base: | $27,000.00 |
| Funds on Hand: | $3,263.40 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/**
  **for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.