United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-15907-pmm
Joseph T. Samaan                                                      Chapter 13
Georgina M. Macool-Samaan
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Keith           Page 1 of 1        Date Rcvd: Aug 24, 2020
                          Form ID: pdf900       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2020.
db         +Joseph T. Samaan,   5453 Monacacy Drive,   Bethlehem, PA 18017-9115
jdb        +Georgina M. Macool-Samaan,   137 Furnace Street,   Allentown, PA 18102-1931
cr         +Northampton Area School District,   c/o Portnoff Law Associates, Ltd.,   PO Box 3020,
             Norristown, PA 19404-3020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2020 at the address(es) listed below:
              DAVID S. GELLERT    on behalf of Debtor Joseph T. Samaan dsgatn@rcn.com,
               r46641@notify.bestcase.com
              DAVID S. GELLERT    on behalf of Joint Debtor Georgina M. Macool-Samaan dsgatn@rcn.com,
               r46641@notify.bestcase.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Northampton Area School District
               jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7

<u>EASTERN DISTRICT OF PENNSYLVANIA</u>

IN RE: Joseph T. Samaan and Georgina  
M. Macool-Samaan,                                         :        Chapter 13  
                                                          :  
        **Debtors**                              :  
                                                          :        Bky. No.  19-15907 PMM  

# <u>O R D E R</u>

    **AND NOW**, **WHEREAS**:

A. The Debtor's counsel David S. Gellert ("the Applicant") has filed an Application for Allowance of Compensation (doc. no. 37, "the Application").

B. The Application is being considered following the dismissal of this case, consistent with <u>In re Lewis</u>, 346 B.R. 89 (Bankr. E.D. Pa. 2006).

C. The Applicant has certified that proper service has been made on all interested parties and that there has been no response filed.

D. The Debtor paid the Applicant $1,310.00 in compensation before the commencement of the case.

E. Reasonable and allowable compensation is allowed to the Applicant in the amount of $3,052.50. Expenses are allowed in the amount of $338.70.

    It is therefore, **ORDERED** that:

1. The Application is **GRANTED**.

2. The Chapter 13 Trustee is authorized and directed to distribute the allowed amounts to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), all funds in his possession that are available for distribution to the Applicant.

Dated: August 24, 2020

                                                    **PATRICIA M. MAYER**  
                                                    **U.S. BANKRUPTCY JUDGE**